WARD HARPER, #5287
Attorney for Plaintiff
6440 S. Wasatch Blvd., Suite 210
Salt Lake City, Utah  84121
Telephone:  (801) 272-7900

FILED
U.S. DISTRICT COURT

2007 JUL 31  A 11: 09

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| LESA D. KESNER, | : | |
| Plaintiff, | : | ORDER |
| vs. | : | |
| MICHAEL J. ASTRUE, | : | Civil No. 2:05-CV-289JTG |
| Commissioner of | : | |
| Social Security, | : | Judge J. Thomas Greene |
| Defendant. | : | |

---

Based upon plaintiff's application for attorney fees under

42 U.S.C. 406(b) dated May 31, 2007, plaintiff's application for

EAJA benefits filed December 20, 2006, and defendant's

stipulation, IT IS HEREBY ORDERED AS FOLLOWS:

That defendant will pay Ward Harper seven thousand four

hundred two dollars and twenty-five cents ($7402.25) for legal

services rendered to Lesa Kesner. Defendant will also pay

plaintiff a total of three thousand three hundred sixty-two

dollars and twelve cents ($3362.12) for legal services under the

Equal Access to Justice Act (EAJA).

DATED this ___30th___ day of ___July___, 2007.

BY THE COURT:

_____
Hon. J. Thomas Greene
U.S. District Judge